# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE CESAR CAMACHO, | Case No. 2:18-cv-01263-APG-NJK |
| Petitioner, | **ORDER** |
| v. | |
| JOE LOMBARDO, | |
| Respondent. | |

Petitioner's motion for extension of time to respond to the Court's order to show cause (ECF No. 6) is GRANTED. Petitioner shall have to and including September 4, 2018, to show cause why his petition should not be dismissed as unexhausted and pursuant to the *Younger* abstention doctrine.

IT IS SO ORDERED.

Dated: August 28, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE